UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-80392-MIDDLEBROOKS/BRANNON

LIONAL DALTON,

    Plaintiff,

v.

GATOR LINTON PARTNERS, LTD. and
HUETAMO, INC. d/b/a TAQUERIA
HUETAMO,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE comes before the Court on the Parties' Joint Motion for Approval of Settlement Agreement. (DE 18). The Court has considered the Motion and Settlement Agreement (DE 18-1), and is otherwise fully advised in this matter.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Approval of Settlement Agreement (DE 18) is **GRANTED**.

2. The Court hereby **APPROVES** the Settlement Agreement (DE 18-1).

3. This case is **DISMISSED WITH PREJUDICE**.

4. The Court retains jurisdiction to enforce the Consent Decree for sixty days.

5. The Clerk of Court shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 18th day of May, 2016.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of record